UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LAWRENCE SELINGER and EMILIA SELINGER, HIS SPOUSE, <br><br>Plaintiffs,<br><br>vs.<br><br>ZIMMER. Inc., ABC CORPORATIONS (1-10), JOHN DOE and MARY ROE (1-10), fictitious names, persons intended being of unknown names,<br><br>Defendants. | Civil Action No. 3:07-cv-05650 (FLW/JJH)<br><br>Honorable Freda L. Wolfson, U.S.D.J.<br>Honorable John J. Hughes, U.S.M.J.<br><br>SCHEDULING ORDER |

RECEIVED
FEB 0 4 2008
AT 8:30 ___ M
WILLIAM T. WALSH
CLERK

THIS MATTER having been opened to the Court at a telephonic status conference on December 12, 2008, counsel for Plaintiffs (Dennis Drazin, Esq.) and counsel for Defendant Zimmer, Inc. (Edward J. Fanning, Jr.) appearing; and for good cause shown

IT IS on this _4th_ day of ~~December 2008~~ February 2009 ordered that the Court prior scheduling orders in this matter are amended as follows:

1. The parties will complete fact discovery in this case on or before June 30, 2009.

2. Not later than August 14, 2009, Plaintiffs shall serve on Defendants copies of Plaintiffs expert reports.

3. Not later than September 30, 2009, Defendants shall serve on Plaintiffs copies of Defendants expert reports.

4. No expert shall testify at the time of trial as to any opinions, nor base those opinions on facts, not substantially disclosed in any report as described in the preceding paragraphs.

5. A Settlement Conference will be held before the undersigned at the Clarkson S. Fisher United States Courthouse, Trenton, New Jersey on <u>July 15, 2009 at 10:00 a.m.</u> Counsel for any party who appears at any conference is to have full authority to settle the case. Any failure in this regard shall result in the imposition of sanctions.

JOHN J. HUGHES
United States Magistrate Judge

ME1 7964912v.1