UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LAWRENCE SELINGER and<br>EMILIA SELINGER, HIS SPOUSE,<br><br>    Plaintiffs,<br><br>vs.<br><br>ZIMMER. Inc., ABC CORPORATIONS<br>(1-10), JOHN DOE and MARY ROE (1-10),<br>fictitious names, persons intended being of<br>unknown names,<br><br>    Defendants. | Civil Action No. 3:07-cv-05650 (FLW/DEA)<br><br>Honorable Freda L. Wolfson, U.S.D.J.<br>Honorable Douglas E. Arpert, U.S.M.J.<br><br>**SCHEDULING ORDER**<br><br>RECEIVED<br><br>OCT 2 3 2009<br><br>AT 8:30_____M<br>WILLIAM T. WALSH<br>CLERK |

  **THIS MATTER** having been opened to the Court at a conference on September 30, 2009, counsel for Plaintiffs (John Connelly, Esq.) and counsel for Defendant Zimmer, Inc. (Edward J. Fanning, Jr. and J. Stephen Bennett, Esq., admitted *pro hac vice*) appearing; and for good cause shown;

  **IT IS** on this 23rd day of October, 2009

  **ORDERED** that the Court's prior scheduling orders in this matter are amended as follows:

  1. Not later than November 20, 2009, Defendants shall serve on Plaintiffs copies of Defendants' expert reports.

  2. All expert depositions shall be completed on or before December 30, 2009.

ME1 9215575v.1

3. No expert shall testify at the time of trial as to any opinions, nor base those opinions on facts, not substantially disclosed in any report as described in the preceding paragraphs.

4. A Telephonic Status Conference will be held before the undersigned at the Clarkson S. Fisher United States Courthouse, Trenton, New Jersey on **January 5, 2010.** Plaintiff's counsel will initiate the call. @ 10:00 AM

_____
The Honorable Douglas E. Arpert, U.S.M.J.